## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Lydia Anderson,                            Civil No. 10-3367 (RHK/JSM)

             Plaintiff,                   **ORDER FOR DISMISSAL**

v.

Union Security Insurance Company,

             Defendant.

---

Pursuant to the parties' Stipulation of Dismissal Without Prejudice (Doc. No. 7),

**IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, and without fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 13, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge